# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

In re: RODNEY DIAZ RIVERA

Case No.: 08-02312
Chapter: 13
Judge: ENRIQUE S LAMOUTTE INCLAN
Unsecured Claim Amt: $2722.18
Secured Claim Amt:
Trustee: JOSE RAMON CARRION MORALES
Claim No.: 1

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2) WAIVER OF OPPORTUNITY TO OBJECT AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

PR Acquisitions, LLC (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated December 27, 2012 by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the **Joint Notice of Transfer of Claim.**

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest

The original Proof of Claim may have been filed by the Seller/Transferor/Assignor under its name or the name of any of the following acquired institution(s): **FIRST FEDERAL FINANCE CORP D/B/A Money Express.**

Redacted Numbers Related

Account number: 102491776

Original Account Number: 16086620

| SELLER/TRANSFEROR/ASSIGNOR: | PURCHASER/ASSIGNEE/TRANSFEREE: |
|---|---|
| **First Bank Puerto Rico** | **PR Acquisitions, LLC** |
| P.O. BOX 9146 | c/o Operating Partners Co., Inc. |
| San Juan P.R. 00908-0146 | AMERICAN INTL BUILDING |
| | PO BOX 194499 |
| | SAN JUAN PR 00919-4499 |

**By: /s/ Elisandra Ortiz**
**Bankruptcy Superv**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | District of Puerto Rico | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: RODNEY DIAZ RIVERA

Case Number: 08-02312 CAP 13 ESL/JRC

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Money Express

Name and address where notices should be sent:
Bankruptcy Division
PO Box 9146
San Juan, PR 00908-0146

Telephone number:
(787) 729-8084

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $2,722.18

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Money Loaned - 287731
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 6620

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:    sst

FOR COURT USE ONLY

Date: 04/28/2008

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Haydee Crespo, Manager

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
MONEY EXPRESS                  P.L.I.S. SYSTEM         FECHA DEL REPORTE   4/24/2008    PAGE    1
SIMLED  -98-001                    HISTORIAL              FECHA DE HOY     4/24/2008

NUMERO DE CUENTA         662-0 PB
SEGURO SOCIAL

NOMBRE DEL CLIENTE :RODNEY DIAZ RIVERA
DIRECCION          :VILLA HUMACAO
                   :15 CALLE B 31
                    HUMACAO         PR 00791-0000

DIRECCION POSTAL   :VILLA HUMACAO
                   :CALLE 15 B 31
                    HUMACAO         PR 00791-0000
```

Handwritten annotations:
08-02312
cap. 13
ESL/JRC

Case:08-02312-ESL13 Doc#:22-1 Filed:04/23/08 Entered:04/23/08 08:40:02 Desc:Main
Document Page 3 of 5

BILL OF SALE AND ASSIGNMENT
FIRST FEDERAL FINANCE CORP D/B/A "MONEY EXPRESS"

THIS BILL OF SALE AND ASSIGNMENT is dated as of **December 27, 2012** between First Federal Finance Corp D/B/A "Money Express", a Puerto Rico corporation (the "*Seller*") and PR Acquisitions, LLC a Nevada limited liability company (the "*Buyer*"). Except as otherwise defined herein, capitalized terms in this Bill of Sale and Assignment shall have the same meanings as they have in the Agreement.

For value received and subject to the terms and conditions of the Purchase and Sale Agreement, dated as of **December 27, 2012**, by and among Buyer and Seller (the "*Agreement*"), Seller hereby transfers, sells, assigns, conveys, grants, bargains, sets over and delivers to Buyer, and to Buyer's successors and assigns, all of its rights, title and interest in and to the Accounts and any claims arising out of the Accounts described in the Recital A of the Agreement as delivered to Buyer on the final Data Disc contained on CD-ROM media manufactured by CD-R de 700 MB. The final Data Disc consists of electronic files named as detailed in the Attached Schedule A of this Bill of Sale in a plain text format compatible the ANSI X3.4-1986 standard published by the American National Standards Institute ("*ANSI*") containing business records of Seller produced from computer systems operated and used by Seller in the ordinary course of its business to maintain business records which: (i) have proven to be reliable to the extent that Seller relies on those computer systems to facilitate substantially all of its day to day business operations; (ii) were in a good state of repair, online and operating nominally at the time the final Data Disc was produced; (iii) have built-in safeguards to ensure accuracy and identify errors; (iv) contain data, including the business records on the final Data Disc, which is inserted using a defined procedure; (v) can output selected data in a variety of standardized formats utilizing defined procedures; (vi) were utilized by trained and authorized personnel of Seller to produce the final Data Disc following a defined procedure; and (vii) which were utilized by trained and authorized personnel of Seller to check the integrity of the final Data Disc and ensure that the business records contained therein matched exactly to the business records contained on the computer systems of Seller at the time the final Data Disc was produced. The electronic file contained on the final Data Disc was produced in the form of a defined, fixed file layout containing a record for each of the Accounts, each of which can be identified by a unique Account number, a list of which is attached hereto and incorporated herein as Exhibit 2 to Exhibit B. Each record in the electronic file is separated by a uniform end of line character and contains those data fields identified and defined on the final Data Disc File Layout attached hereto as Exhibit 1 to Exhibit B, the data in each field starting and ending at the indicated column number and having the identified ANSI SQL-92 data type The data contained in each of the data fields in the electronic file contained in the final Data Disc for each record for each Account is true and accurate to the best of Seller's knowledge and belief.



[Signatures on the next page]

*BILL OF SALE AND ASSIGNMENT*
*First Federal Finance Corp D/B/A "Money Express" and PR Acquisitions, LLC*

Executed as of December 27, 2012:

First Federal Finance Corp.
D/B/A "Money Express"

BY: _____
NAME: Carlos Power
TITLE: President

The undersigned technician, knowledgeable of and trained in the use of Seller's computer systems, hereby certifies that he personally produced the electronic file contained in the final Data Disc from Seller's computer systems in the manner described herein.

BY: _____
NAME: Casildo Diaz
TITLE: 2VP & Controller

Affidavit No.: — 706 —

Sworn to and subscribed before me by Carlos Power, of legal age, married, executive and resident of Trujillo Alto, Puerto Rico, in his capacity as President of First Federal Finance Corp., personally known to me, in San Juan, Puerto Rico this 27th day of December, 2012.

BY: _____
NOTARY PUBLIC

9397
12/12/2012
$5.00
$5 Sello Asistencia Legal
51254-2012-1212-58454808

BILL OF SALE AND ASSIGNMENT
First Federal Finance Corp D/B/A "Money Express" and PR Acquisitions, LLC